UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DOROTHY A. SEABROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 5:19-CV-236-D** |
| | ) | |
| MARK ESPER, Secretary Department of the Army, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss the amended complaint [D.E. 14] is GRANTED, defendant's motion to dismiss the original complaint [D.E. 10] is DISMISSED as moot, and the amended complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on May 1, 2020, and Copies To:**

| | |
|---|---|
| Dorothy A. Seabrook | (Sent to 152 Kingston Ridge Drive Columbia, SC 78209 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

May 1, 2020  (By) /s/ Nicole Sellers

Deputy Clerk